IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 1:07-mj-01419-UA-1 |
| SABRINA ANN CONDRON | : | |

ENTRY OF APPEARANCE

    Kindly enter my appearance as counsel for Defendant Sabrina Ann Condron in the above-captioned case.

                    /s/ Joel H. Slomsky
                    JOEL HARVEY SLOMSKY, ESQUIRE
                    30 South 17th Street, 12th Floor
                    Philadelphia, Pennsylvania 19103-4196
                    (215) 496-0155
                    Fax: (215) 979-1020
                    Joel-Slomsky@msn.com